*Clarence H. Clasper,* with him *Shoemaker, Eynon, Clasper, Rolston & Theophilus,* for appellants.

*David McNeil Olds,* with him *Clem M. Strobel,* and *Reed, Smith, Shaw & McClay,* for appellees.

OPINION PER CURIAM, March 20, 1970:
Order affirmed.

Ammaturo *v.* St. Paul Mercury Insurance Company, Appellant.

Argued January 16, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Miles Warner,* with him *Warner & McCormack,* for appellant.

*Benjamin Kuby,* with him *Benjamin F. Levy,* and *Klovsky, Kuby and Harris,* for appellees.

OPINION PER CURIAM, March 20, 1970:
Order affirmed.
Mr. Chief Justice BELL and Mr. Justice JONES dissent.